| | |
|---|---|
| DISTRICT COURT, COUNTY OF ARAPAHOE, STATE OF COLORADO<br>7325 S. Potomac Street<br>Centennial, CO 80112<br>(303) 649-6355 | DATE FILED: June 8, 2017 4:26 PM<br>FILING ID: 797FD160FEF92<br>CASE NUMBER: 2017CV31802<br><br>∆ COURT USE ONLY ∆ |
| TAYSEER MUHAMMAD,<br><br>Plaintiff,<br><br>v.<br><br>**SAFECO Insurance Company of America**<br><br>Defendant(s). | CASE NUMBER: 17CV<br><br>Division:<br><br>Court Room: |
| Attorney for Plaintiff, Tayseer Muhammad<br>David L. Kofoed, #3807<br>The Kofoed Law Firm, LLC.<br>6841 S. Yosemite, Suite 3-A<br>Centennial, CO 80112<br>Telephone: (303) 721-8877<br>Facsimile: (303) 721-9352<br>E-Mail: david.kofoed@kofoedlawfirm.net | |
| **COMPLAINT** | |

Plaintiff Tayseer Muhammad., by and through his attorney of record, The Kofoed Law Firm, LLC, David L. Kofoed for a complaint against the Defendant SAFECO Insurance Company of America (Safeco), complains, states and alleges as follows:

## **GENERAL ALLEGATIONS**

1. At all times, relevant hereto, the Defendant was and is the insurance carrier for Plaintiff providing coverage for UM/UIM insurance coverage as well as medical payment coverage pursuant to the terms of its' contract with Plaintiff and for which Plaintiff has paid premiums consistently from the time of the purchase of the policy to the present.

2. On or about March 19, 2016, Plaintiff was injured while driving his vehicle as the

1



result of the negligence of another driver namely Cynthia A Chihuahua Sanchez, who was uninsured for liability coverage at the time of the subject accident on March 19, 2016, and therefore claim was made by Plaintiff for uninsured motorist and Med-Pay benefits pursuant to his contract with Defendant.

## FIRST CLAIM FOR RELIEF
### (BREACH OF CONTRACT BY GEICO)

3. Plaintiff restates and re-avers each and every allegation contained in its' general allegations as though restated here in full.

4. The injuries described below were as result of the collision with the uninsured motorist, Cynthia A Chihuahua Sanchez.

5. Following the determination of the uninsured motorist, Plaintiff submitted claim for uninsured motorist coverage to the Defendant, as well as for the medical payment coverage to the Defendant.

6. As a result of the submission of the uninsured motorist claim, Defendant has "breached" its' contract with the Plaintiff by unreasonably failing to pay reasonable uninsured motorist benefits to the Plaintiff and has only reimbursed Plaintiff for the medical expenses incurred as a result of his injuries, but has only offered $5,000.00 for all of his general damages such as pain, suffering, emotional distress, past, present and into the future, loss of income, loss of time, travel expense for medical treatment, potential future medical care expense, impairment of earning capacity, past, present and in the future, temporary and permanent disability associated with the injuries sustained all to his damages in an excess of $47,000.00. Therefore, Defendant has "breached" its' contract with Plaintiff for unreasonable failure to pay appropriate damages and/or unreasonable delay in paying such benefits and as a result Defendant's "breach" of contract Plaintiff has now been required retain counsel and incur legal fees and costs in the maintenance of this action.

## SECOND CLAIM FOR RELIEF
### (BAD FAITH AND WILLFUL AND WANTON BREACH OF CONTRACT)

7. Plaintiff restates and re-avers each and every allegation and contained in its' general allegations and first claim for relief the same as though restated herein full.

2

8. The conduct of the Defendant as described above constituted a "bad faith breach of contract" and also constituted a violation of C.R.S. 10-3-1114, 1115 and 1116 providing for the payment of two times the damages sustained plus attorney's fees.

WHEREFORE, Plaintiff prays for judgment in his favor and against the Defendant for compensatory damages for the bad faith, breach of contract and for the relief provided by C.R.S. 10-3-1114, 1115 and 1116 for two times the amount of benefits due plus attorney's fees, costs and for such other relief as to this court seems proper

Dated this 15th day of February 2017.

Respectfully submitted,

THE KOFOED LAW FIRM, LLC

*Original signature on file at The Kofoed Law Firm, LLC, pursuant to C.R.C.P. 121 § 1-26*

By:/s/ *David L. Kofoed*
David L. Kofoed, Esq.

Plaintiff Address:
3460 S. Eagle Street #202
Aurora, CO   80014