IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-1442-RBJ-MJW

TAYSEER MUHAMMAD

Plaintiff,

v.

SAFECO INSURANCE COMPANY OF AMERICA

Defendant.

## ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

THIS MATTER, having come before the Court on the Parties' Joint Stipulation For Dismissal With Prejudice [ECF No. 13], and the Court, having reviewed the Stipulation and the file and being otherwise fully advised in the premises,

HEREBY ORDERS that the Joint Stipulation for Dismissal With Prejudice is hereby GRANTED, and this case is dismissed with prejudice, each party to pay her/its own attorneys' fees and costs.

DATED this 13th day of September, 2017.

BY THE COURT:

_____
U.S. District Court Judge

102109849_1